No. 01–518.  BE&K CONSTRUCTION CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 6th Cir.  Certiorari granted limited to the following question: "Did the Court of Appeals.err in holding that under *Bill Johnson's Restaurants, Inc.* v. *NLRB,* 461 U. S. 731 (1983), the NLRB may impose liability on an employer for filing a losing retaliatory lawsuit, even if the employer could show the suit was not objectively baseless under *Professional Real Estate Investors, Inc.* v. *Columbia Pictures Industries, Inc.,* 508 U. S. 49 (1993)?"

No. 01–595.  UNITED STATES *v.* RUIZ.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 01–631.  UNITED STATES *v.* DRAYTON ET AL.  C. A. 11th Cir.  Motions of respondents for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 01–687.  UNITED STATES *v.* COTTON ET AL.  C. A. 4th Cir.  Motions of respondents for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 01–651.  CHASE MANHATTAN BANK *v.* TRAFFIC STREAM (BVI) INFRASTRUCTURE LTD.  C. A. 2d Cir.  Motion of Government of United Kingdom of Great Britain and Northern Ireland for leave to file a brief as *amicus curiae* granted.  Certiorari granted.